IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR17-1 |
| | : | |
| GARLAND SANGRIA SLADE | : | |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

Late in the evening on December 3, 2018, Burlington Police responded to the PVA of a bar known as "The Lounge" in Burlington, North Carolina. A bar patron and security personnel had called to report that Garland Sangria "Sandy" Slade was shooting a gun outside the bar. Slade was well-known to bar personnel and was easily recognizable as he is a short, albino male with long white dreadlocks and gold front teeth.

According to security guards B.F. and J.K., Slade got into an argument with another patron at the bar. As a result of the argument, B.F. escorted Slade out of the business. In the parking lot, Slade began cursing at the security guards. He said, "I'll show you something!" and then went to his vehicle, a silver sedan. Slade reached into the vehicle and retrieved a black handgun. He

fired a number of rounds into the air. After the shooting, Slade's female companion convinced him to get in the sedan, and the two individuals left the PVA.

While speaking to law enforcement, B.F. took out his phone and navigated to Facebook. He showed law enforcement Slade's Facebook profile and confirmed that Slade was the person shooting in the parking lot. B.F. also showed law enforcement where Slade had been standing while he was shooting. In that area, law enforcement located nine 9mm shell casings manufactured by Aguila.

J.K. confirmed Fields' narrative and further described Slade's vehicle. He gave law enforcement the license plate number for the car. Law enforcement then confirmed that the vehicle was registered to T.B., Slade's girlfriend.

On January 5, 2019, while Slade was subject to pre-trial release for the prior shooting incident on December 3, witnesses called law enforcement to a residence at 608 S. Benbow Road in Greensboro, North Carolina. The primary witness, S.H., reported that at 4:40 AM she was with her friend, C.J., who is another of Slade's girlfriends. Slade arrived at the residence looking for C.J. S.H. told Slade to leave her property, at which point Slade became angry and fired a gun towards her house.

S.H. was unable to identify the firearm Slade used; however, three bullets did strike her home. One bullet entered the roof of the home above the window; two bullets entered the home through the front window, leaving one hole in the interior ceiling and one hole in an interior wall. These holes had not been present before Slade shot at the residence.

A second witness at the scene, L.J., confirmed Slade's identity as the shooter outside the house. Using his cell phone, L.J. showed Slade's Facebook profile to law enforcement.

Law enforcement inspected the area around the residence for shell casings or projectiles. One shell casing was found in front of the trash can by the residence; seven other shell casings were found in the roadway in front of the house. The shell casings were collected and found to be Federal 9mm shell casings.

Ballistics testing of the Federal 9mm shell casings showed that they had been fired from the same gun as the Aguila 9mm shell casings recovered on December 3, 2018, outside of the "The Lounge" in Burlington.

Garland Sangria Slade was convicted of conspiracy to distribute cocaine and distribution of cocaine base in the United States District Court of the Eastern District of Tennessee on April 18, 2005. At the time of conviction, Slade was sentenced to a term of life imprisonment; said term of imprisonment was reduced pursuant to criminal justice reforms in 2012.

3

The Aguila 9mm shell casings found in the PVA of "The Lounge" and the Federal 9mm shell casings found outside 608 S. Benbow Road were examined by ATF and found to have been manufactured outside of North Carolina.

Respectfully submitted this 1st day of April, 2019.

                    MATTHEW G.T. MARTIN
                    United States Attorney

                    /S/WHITNEY N. SHAFFER
                    Special Assistant United States Attorney
                    NCSB #45010
                    United States Attorney's Office
                    Middle District of North Carolina
                    101 S. Edgeworth St., 4th Floor
                    Greensboro, NC 27401
                    336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR17-1 |
| | : | |
| GARLAND SANGRIA SLADE | : | |

CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Matthew Suczynski, Esq.

and that a copy of the same was emailed to the U.S. Probation Office at Probationecf@ncmp.uscourts.gov.

MATTHEW G.T. MARTIN
United States Attorney


/S/WHITNEY N. SHAFFER
Special Assistant United States Attorney
NCSB #45010
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336/333-5351

5